IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN FORMATO, | No. 3:19-CV-02237 |
| Plaintiff, | (Judge Brann) |
| v. | |
| MOUNT AIRY #1, LLC d/b/a MOUNT AIRY CASINO & RESORT, | |
| Defendant. | |

## ORDER

JULY 29, 2020

**AND NOW**, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. 6) is **GRANTED** with respect to Count II of Plaintiff's Complaint, Intentional and/or Negligent Infliction of Emotional Distress and this count is **DISMISSED**;

2. The motion is **DENIED** in all other respects; and

3. Defendant shall file and serve an Answer to the Complaint pursuant to FED. R. CIV. P. 12(a)(4) on or before August 12, 2020.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge