IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN FORMATO, | No. 3:19-CV-02237 |
| Plaintiff, | (Judge Brann) |
| v. | |
| MOUNT AIRY #1, LLC d/b/a MT. AIRY CASINO & RESORT, | |
| Defendant. | |

## ORDER

**AND NOW**, this 4th day of August 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to apply equitable tolling (Doc. 30) is **DENIED**.

2. The Court will schedule a telephonic status conference with the parties by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge